# Court of Appeals
# of the State of Georgia

ATLANTA,  June 04, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1928. SKYLOR BURKE v. THE STATE.**

In 2024, Skylor Burke pled guilty to aggravated battery and was given a partially probated sentence. In 2025, the trial court revoked Burke's probation upon finding that he had committed multiple new felonies, including rape. Burke has appealed directly to this Court, but we lack jurisdiction.

An application for discretionary appeal is required to appeal an order revoking probation. OCGA § 5-6-35(a)(5). See also *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999) (holding that where the underlying subject matter is probation revocation, the discretionary appeal procedure applies); accord *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted).

Burke's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  06/04/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*